IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FABIAN LAGERALD ANDRE ALLEN,

   Plaintiff,

  v.

THURMAN HENDERSON
Assistant Director, Clemency / Parole Selection, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4180-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Allen\r&r.wpd